**Dismissed and Opinion Filed October 18, 2023**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00102-CV

**J.C., A MINOR, BY AND THROUGH HER MOTHER AND NEXT FRIEND, BRIANA HARRIS, AND BRIANA HARRIS, INDIVIDUALLY, Appellants**

**V.**

**BAYLOR SCOTT & WHITE HEALTH, AND BAYLOR MEDICAL CENTER AT IRVING D/B/A BAYLOR SCOTT & WHITE MEDICAL CENTER – IRVING, Appellees**

**On Appeal from the 116th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-20-18420**

## MEMORANDUM OPINION

Before Justices Molberg, Partida-Kipness, and Carlyle
Opinion by Justice Molberg

Before the Court is appellants' motion to dismiss the appeal because the parties have settled their dispute. We grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

220102f.p05

/Ken Molberg/

KEN MOLBERG
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

J.C., A MINOR, BY AND
THROUGH HER MOTHER AND
NEXT FRIEND, BRIANA HARRIS,
AND BRIANA HARRIS,
INDIVIDUALLY, Appellants

No. 05-22-00102-CV    V.

BAYLOR SCOTT & WHITE
HEALTH, AND BAYLOR
MEDICAL CENTER AT IRVING
D/B/A BAYLOR SCOTT & WHITE
MEDICAL CENTER – IRVING,
Appellees

On Appeal from the 116th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-20-18420.
Opinion delivered by Justice
Molberg. Justices Partida-Kipness
and Carlyle participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Subject to any agreement among the parties, it is **ORDERED** that appellees
BAYLOR SCOTT & WHITE HEALTH, AND BAYLOR MEDICAL CENTER
AT IRVING D/B/A BAYLOR SCOTT & WHITE MEDICAL CENTER –
IRVING recover their costs of this appeal from appellants J.C., A MINOR, BY
AND THROUGH HER MOTHER AND NEXT FRIEND, BRIANA HARRIS,
AND BRIANA HARRIS, INDIVIDUALLY.

Judgment entered this 18th day of October, 2023.